**89-172.** State v. McDonald. *Morrow County,* No. CA-682. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Wright and Resnick, JJ., dissent.